No. 142.   Segura *v.* The San Juan Light & Transit Company.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Octubre 21, 1904.   Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Bocsh.* Abogado del apelado: *Sr. Falcón.*

———————

No. 55.   Gelpi et al *v.* Rivera.—Apelación procedente de la Corte de Distrito de Ponce.   Resuelto en Noviembre 5, 1904.   Se declaró no haber lugar á resolver el recurso   Abogado de los apelantes: *Sr. Colón.*   Abogado de los apelados: *Sr. Poventud.*

———————

No. 47.   Walls *v.* Valls—Apelación procedente de la Corte de Distrito de Ponce.   Resuelto en Diciembre 6, 1904. Desestimada por no haber presentado el apelante su alegato. Abogado del apelado: *Sr. Wilcox.*

———————

No. 53.   Brenes *v.* A. Hartmann y Ca.—Apelación procedente de la Corte de Distrito de Humacao.   Resuelto en Diciembre 6, 1904.   Declarado sin lugar la moción para desestimar la apelación.   Abogado del promovente: *Sr. Guzmán Benítez (José).*   Abogado del apelante: *Sr. Vias Ochoteco.*

———————

No. 122.   Méndez *v.* Sucesión de Celis Aguilera et al.— Apelación procedente de la Corte de Distrito de Humacao. Resuelto en Diciembre 14, 1904.   Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Tirado.*